Commonwealth ex rel. Waddell *v.* Waddell, Appellant.

Argued March 16, 1976. *G. Moskovitz*, with him *William R. Keen, Jr.*, for appellant; *Gary R. Block*, for appellee.

Order affirmed.

CERCONE, J., absent.

Commonwealth National Bank *v.* Happy Hen Eggs, Inc.

King Appeal.

Argued March 8, 1976. *John J. Krafsig, Jr.*, for appellant; *Robert C. Spitzer*, with him *Nauman, Smith, Shissler & Hall*, for appellee.

Order affirmed.